## (January 13, 1943.)

HARLEY BUMP, as Administrator of the Estate of HUGH BUMP, Deceased, Respondent, v. ROSCOE HOLMES et al., Appellants.— Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of MARVIN RALPH GERMAIN, an Attorney.— 

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

For additional decisions of January 13, see page 1032.

## (January 14, 1943.)

In the Matter of the Accounting of ALMOND K. DENNIS, as Administrator of the Estate of ELEANOR M. CROSBY, Deceased. ESTELLA BOOTH, Appellant; DAVID H. TRAVIS, Respondent.— 

(The order dismisses and overrules the objections filed to the accounts of the administrator.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL GRISCHENKO, Appellant.— 

 (The judgment convicts defendant of the crime of criminally receiving stolen property. The order denies defendant's motion to amend and correct the stenographer's record.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD W. SYLPECK, Appellant.— (The judgment convicts defendant of the crime of grand larceny, second degree.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

ELMER LUDERS, Respondent, v. BUFFALO COCA-COLA COMPANY, Appellant.— 

 All concur, except Harris, J., who dissents and votes for affirmance. (The judgment is for plaintiff in a negligence action. The orders deny defendant's motion for a new trial and resettle said order.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.